# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Jacob Ysmael Boucon**

Case Number: **2:13CR00416**

Name of Sentencing Judicial Officer: **Honorable John A. Houston**

Date of Original Sentence: **April 8, 2013**

Original Offense: **Conspiracy to transfer Firearms to Out-of-State Resident and Transfer a Firearm in Violation of National Firearms Act**

Original Sentence: **60 Months Probation**

Date Supervision Commenced: **April 8, 2013**

Date Jurisdiction Transferred to District of Nevada: **November 19, 2013**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## SUMMARY

Mr. Boucon has submitted a request to travel, from January 2, 2018, to January 6, 2018, as he wants to take a family vacation to Cabo San Lucas, Mexico. Mr. Boucon is currently in compliance with all conditions of supervision and has not incurred any known violations. He has satisfied his fine and continues to work full-time.

The probation office respectfully requests that Mr. Boucon be permitted to travel on the aforementioned dates. Mr. Boucon is aware that if the Court does not authorize his request, he will not be able to go on the cruise.

Respectfully submitted,

*M Hernandez Powell* Margarita Hernandez Powell
2017.12.21 14:58:36 -08'00'

_____
Margarita Hernandez Powell
United States Probation Officer

Approved:

_____
Niquita Loftis
Robert G. Aquino
2017.12.21 15:10:01
-08'00'

Supervisory United States Probation Officer

---

## THE COURT ORDERS

☑  Requested Travel is Approved

☐  Requested Travel is Denied

☐  Other

_____
Signature of Judicial Officer

12/21/2017
_____
Date